UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 2, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS BANDUCCI,

    Defendant.

Case No. 2:23-cr-00071-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NICHOLAS BANDUCCI, Case No. 2:23-cr-00071-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $ _____

        ☐ Unsecured Appearance Bond $ _____

        ☐ Appearance Bond with 10% Deposit

        ☐ Appearance Bond with Surety

        ☐ Corporate Surety Bail Bond

    ☒ (Other): Released forthwith on condition that defendant not operate a motor vehicle during the pendency of these violation proceedings.

Issued at Sacramento, California on June 2, 2025, at 2:40 PM.

By: _____
Magistrate Judge Sean C. Riordan