Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Email:  mhansen@criminal-defenses.com

Attorney for NICHOLAS BANDUCCI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS BANDUCCI,<br><br>    Defendant. | No. 2:23-cr-00071-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Shea Kenney, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Nicholas Banducci, that the July 10, 2025, Admit/Deny Hearing be continued to September 18, 2025, at 9:30 a.m.

The reason for the request is Mr. Banducci has a pending state case for an alleged DUI that is the underlying basis for the violations alleged in the supervised release petition. Resolution of that matter first is necessary in order to proceed in the instant matter.

The government and probation are not opposed to the request.

///

///

///

///

1

**Stipulation and Order for Continuance of Admit/Deny Hearing**

| | |
|---|---|
| Dated: July 7, 2025 | Respectfully submitted, |
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for NICHOLAS BANDUCCI |
| Dated: July 7, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ Michael E. Hansen for<br>SHEA KENNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

Good cause appearing, it is so ordered.

DATED: July 7, 2025

_____
Troy L. Nunley
Chief United States District Judge

2

**Stipulation and Order for Continuance of Admit/Deny Hearing**