Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Email:  mhansen@criminal-defenses.com

Attorney for NICHOLAS BANDUCCI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NICHOLAS BANDUCCI,<br><br>        Defendant. | No. 2:23-cr-00071-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Shea Kenney, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Nicholas Banducci, that the September 18, 2025, Admit/Deny Hearing be continued to December 4, 2025, at 9:30 a.m.

The reason for the request is Mr. Banducci has a pending state case for an alleged DUI that is the underlying basis for the violations alleged in the supervised release petition. Resolution of that matter first is necessary to proceed in the instant matter. The state case matter is currently set for November 10, 2025.

The government and probation are not opposed to the request.

///

///

///

1

**Stipulation and Order for Continuance of Admit/Deny Hearing**

1  ///

2  Dated: September 12, 2025                    Respectfully submitted,

3
                                                /s/ Michael E. Hansen
4                                               MICHAEL E. HANSEN
                                                Attorney for NICHOLAS BANDUCCI
5

6  Dated: September 12, 2025                    ERIC GRANT
                                                United States Attorney
7
                                                /s/ Michael E. Hansen for
8                                               SHEA KENNEY
                                                Assistant United States Attorney
9                                               Attorney for Plaintiff

10
                                **O R D E R**
11

12  Good cause appearing, it is so ordered.

13  Dated:  September 12, 2025
                                                _____
14                                              Troy L. Nunley
                                                Chief United States District Judge
15

2

**Stipulation and Order for Continuance of Admit/Deny Hearing**