Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Email:  mhansen@criminal-defenses.com

Attorney for NICHOLAS BANDUCCI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cr-00071-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| v. | |
| NICHOLAS BANDUCCI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Shea Kenney, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Nicholas Banducci, that the December 4, 2025, Admit/Deny Hearing be continued to January 22, 2026, at 9:30 a.m.

The reason for the request is Mr. Banducci has a pending state case for an alleged DUI that is the underlying basis for the violations alleged in the supervised release petition. Resolution of that matter first is necessary to proceed in the instant matter.  The state case matter is currently set for December 1, 2025.  Notably, Mr. Banducci was recently appointed a new attorney.

The government and probation are not opposed to the request.

///

///

1

**Stipulation and Order for Continuance of Admit/Deny Hearing**

Dated: November 24, 2025                    Respectfully submitted,

                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for NICHOLAS BANDUCCI

Dated: November 24, 2025                    ERIC GRANT
                                            United States Attorney

                                            /s/ Michael E. Hansen for
                                            SHEA KENNEY
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                    **O R D E R**

Good cause appearing, it is so ordered.

DATED:  November 24, 2025

                                            _____
                                            Troy L. Nunley
                                            Chief United States District Judge

**Stipulation and Order for Continuance of Admit/Deny Hearing**